Opinion issued August 14, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00398-CV

_____

**NIA ALEXA CRUZ WATTS, Appellant**

**V.**

**GEORGE WATTS, Appellee**

On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Case No. 21-FD-0472

## MEMORANDUM OPINION

Appellant Nia Alexa Cruz Watts appeals from a judgment signed May 29, 2025. Appellant has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged

in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. Appellant failed to respond to the Court's notice of June 23, 2025 that, should appellant not pay the fee, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.